UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**WORD OF FAITH CHRISTIAN FELLOWSHIP, INC.**                    **PLAINTIFF**

**V.**                                        **CIVIL ACTION NO. 1:05CV691 LTS-RHW**

**STATE FARM FIRE AND CASUALTY COMPANY**
**and FELECIA CRAFT-PALMER**                                **DEFENDANTS**

## ORDER OF REMAND

In accordance with the Memorandum Opinion I have this day signed, it is

**ORDERED**

That the motion of Plaintiff Word of Faith Christian Fellowship, Inc., to remand [5] is hereby **GRANTED**;

That this action is hereby **REMANDED** to the Circuit Court of Hancock County, Mississippi;

That the Clerk of Court shall take the steps necessary to return this case to the court from which it was removed.

**SO ORDERED** this 14th day of August, 2006.

s/ L. T. Senter, Jr.

L. T. Senter, Jr.
Senior Judge